RECEIVED IN CLERK'S OFFICE
U.S.
AUG 18 2014
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUCKER AND FALK a/a/f KNOLLWOOD PARK APTS  )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>)<br>RENEE NEAL )<br>)<br>Defendant )<br>)<br>_____ ) | FEDERAL COURT<br>**1:14-CV-2657**<br><br>MAGISTRATE COURT<br>CASE NO. 14M25190 |

### PETITION FOR REMOVAL OF ACTION
WITH A FEDERAL STAY OF EVICTION PURSUANT TO
28 U.S.C. § 1446(d)

COMES NOW Renee Neal, Petitioner in the above action and Petitions this court for removal of action from the Magistrate Court of Gwinnett County.

This Petition is set forth on the following grounds:

1.

The Respondent did violate 15 U.S.C. § 1692, Rule 60 of the Federal Rule of Civil Procedure and having a legal duty to abort eviction pursuant to O.C.G.A. § 51-1-6.

2.

The dispossessory action of the Magistrate Court of Gwinnett County is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process.

3.

The dispossessory action of the Magistrate Court of Gwinnett County is Unconstitutional with respect to the "Due Process Clause" of the 14th Amendment.

WHEREFORE the Petitioner respectfully asks that the Court grants the following relief:

1. This Honorable Court removes this case from the Magistrate Court of Gwinnett County.

2. The Court afford adequate discovery.

3. Any and all relief the Court deems just and proper.


This the 15th day of August, 2014.

*Renee Neal* (signature)
Renee Neal
Petitioner, Pro Se
255 Honeysuckle Cir.
Apt. 402
Lawrenceville, Ga. 30046


Drucker and Falk
a/a/f Knollwood Park Apts
255 Honeysuckle Circle
Lawrenceville, Ga. 30046

## VERIFICATION

**(Affidavit)**

The undersigned Affiant Renee Neal, by appellation does herewith swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I, the undersigned, being under oath and declare under penalty of perjury, that I **do not** have an Attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

*Renee Neal*
Renee Neal
Petitioner
Pro se

SUBSCRIBED AND SWORN BEFORE ME ON:

THIS THE 15th DAY OF August, 2014.

_____
NOTARY PUBLIC/SEAL

My Commission Expires:

S MAWDUD HAQUE
Notary Public
Gwinnett County
State of Georgia
My Commission Expires Mar 21, 2017

MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA

**PLAINTIFF(s):** Drucker and Falk Knollwood Park Apts

**CIVIL ACTION FILE NO.** 14M25190

VS

**DEFENDANT(s):** Renee Neal

(All answers and counterclaims MUST BE FILED WITH THE CLERK within 7 days of the date of service.)

## DISPOSSESSORY ANSWER
(Please note and then use another(s) sheet for additional space, as needed.)

- [✓] I am the Defendant. I am filing an Answer I state the following in response to Plaintiff's claim in this lawsuit: **See attached**
- [ ] I do not have a landlord tenant relationship with the plaintiff.
- [ ] My landlord did not give me the proper notice that my lease or rental agreement was terminated in accordance with the terms of our lease. The landlord did not properly demand that I move before filing the lawsuit.
- [ ] My landlord terminated my lease without a valid reason.
- [ ] I do not owe any rent to my landlord.
- [ ] I offered and had the money to pay my rent on or before the date I usually pay, but my landlord refused to accept it.
- [ ] My landlord would not accept my rent, correct late fees and the court costs. I had all the money to pay.
- [ ] My landlord failed to repair the property. This failure has lowered its value or resulted in other damages more than the rent claimed.
- [ ] I am a residential tenant. This is my first dispossessory action. I am paying all my rent, late fees and court costs to the clerk.
- [ ] My landlord is not entitled to evict me or secure a money judgment for the following additional reasons: (attach if necessary)

### COUNTERCLAIM – (Please note and then use another sheet(s) for additional space, as needed.)

- [ ] My landlord owes me $_____ for the following reason(s):
- [ ] My landlord failed to repair my property. Due to this failure, its value has been reduced $_____ each month for _____ months.
- [ ] Since my landlord failed to make requested repairs, I made these repairs. I made these repairs that cost $_____. I have all my receipts. I will bring the receipts and all documents concerning these payments to my trial.
- [ ] My landlord's failure to repair resulted in damages of $_____ to my person and/or property.

WHEREFORE, I ask this Court to:
(a) Dismiss Plaintiff's lawsuit with all costs assessed against Plaintiff.
(b) Enter a judgment in my favor and against Plaintiff; and
(c) Grant such other and further relief as the Court deems just and proper.

**Renee Neal**
(Print name of Defendant filing answer & address)

255 Honeysuckle Cir
Apt 402
Lawrenceville GA 30046

(DEFENDANT TELEPHONE NUMBER) 404 424-1249

**Signature:** Renee Neal
(Signature of Defendant filing answer, or Attorney)
Bar # _____

*EACH DEFENDANT MUST FILE THEIR OWN ANSWER. Attorneys may file answers for more than one defendant, pro se litigants cannot.

| Commercial LL – A– L, 9:00 AM, 1C Or Plaintiffs who use a filing service | Commercial LL – M–Z, 9:00 AM, 1D Or Plaintiffs who use a filing service | All other LL's, 1:00 PM, 1D |
|---|---|---|

### NOTICE OF TRIAL DATE

The Plaintiff(s) and Defendant(s) are required to appear for trial in Courtroom 1 **C** on the **20th** day of **Aug.**, 20**14** at **9:00** o'clock **a.** M. Courtroom 1 **C**, Gwinnett Justice & Administration Building, 75 Langley Drive, Lawrenceville, GA. 30046-6900. If you have an attorney, please notify your attorney to be present with you.

This **11** day of **Aug**, 20**14**

Renee Neal
DEFENDANT

_____
DEPUTY CLERK

MAG 30-03 Dispossessory Answer (2007)

# IN THE MAGISTRATE COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| DRUCKER AND FALK<br>aba KNOLLWOOD PARK APARTMENTS)<br><br>Plaintiff<br><br>v.<br><br>RENEE NEAL<br><br>Defendant | CIVIL ACTION<br>CASE NO. 14M25190 |

## DEFENDANT'S ANSWER, MOTION TO DISMISS PLAINTIFF'S DISPOSSESSORY PROCEEDING AND COUNTER CLAIMS

COMES NOW Renee Neal, Defendant in the above styled action, and files her Answer, Motion to Dismiss Plaintiff's Dispossessory Proceeding and Counter Claims for the following cause of action:

## ANSWER

1. Defendant is not a tenant at sufferance.

2. Defendant did not fail to answer the Dispossessory in time.

3. Defendant at this moment is very dissatisfied with Knollwood Park Apartments.

4. Plaintiff lacks REAL PARTY interest to make demands for possession of property.

## MOTION TO DISMISS PLAINTIFF'S DISPOSSESSORY PROCEEDING

5. Plaintiff lacks real party interest to enforce DISPOSSESSORY PROCEEDING, against Defendant or occupants pursuant to O.C.G.A. 9-11-17 (2010) 9-11-17.

## COUNTER CLAIM

6. Defendant's counter claim against Plaintiff exceeds the jurisdiction dollar amount of this court.

7. Void judgments are those rendered by a court which lacks jurisdiction, either of the subject matter or the parties pursuant to Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed. 2d 278 (1940)

WHEREFORE the Defendant prays that her ANSWER, MOTION TO DISMISS PLAINTIFF'S DISPOSSESSORY PROCEEDING and COUNTER CLAIMS be granted in this Court.

This the 8th day of August, 2014.

                                                          _____
                                                          Renee Neal
                                                          Defendant, Pro-Se

| | |
|---|---|
| Drucker and Falk a/a/f Knollwood Park Apts | **MAGISTRATE COURT OF GWINNETT COUNTY STATE OF GEORGIA** |
| 255 Honeysuckle Circle | |
| Lawrenceville, GA 30045-3211 | **DISPOSSESSORY PROCEEDING** |
| (Plaintiff(s) Name & Address) Day Phone Number: _____ | |
| Renee Neal        vs. | CASE NO. **14 M 25190** |
| | **INFO & FORMS ON THE INTERNET** http://www.gwinnettcourts.com |
| 255 Honeysuckle Circle   Apt. 402 | |
| Lawrenceville, GA   30045-3211 | To be served by ONO Dispos |
| (Defendant(s) Name & Address) Telephone numbers: _____ | |

Personally appeared the undersigned affiant who on oath says that affiant is (owner), (attorney at law), (agent) for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the address as stated above, in Gwinnett County, the property of said Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/ entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship. FURTHER THAT: (check applicable claim(s))

[XX] tenant fails to pay the rent which is now past due;
[ ] tenant holds the premises over and beyond the term for which they were rented or leased to tenant;
[ ] tenant is a tenant at sufferance;
[ ] Other: _____
_____; and

THAT Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession. WHEREFORE, Plaintiff(s) demand(s) (a) possession of the premises; (b) past due rent of $ **$730.00** ; (c) rent accruing up to the date of judgment or vacancy at the rate of $ **25.33** per day. (Calculate daily rental rate, if seeking rent to date of judgment or vacancy.)

(d) Plus 50.00 Late fee  45.00 Utilities, 200.00 Warrant fee  and cost of this action.

Sworn to and subscribed before me, this **29** day of **July** , 20**14**.

_____
Magistrate or Deputy Clerk

Affiant [ ] Owner [ ] Attorney at Law [XX] Agent
PDQ Services, Inc.
P. O. Box 2109
654603-585953    Woodstock, GA  30188-1374

**SUMMONS** -- To the Sheriff of Gwinnett County or lawful deputies of the Sheriff -- GREETINGS:
**The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons.** If such answer is not made, a Writ of Possession and/or Judgment shall issue as provided by law.  Witness the Honorable Kristina Hammer Blum, Chief Magistrate of said Court.

This **29** day of **July** , 20 **14** .

_____
Magistrate or Deputy Clerk

**WRIT OF POSSESSION**:
To the Sheriff of Gwinnett County or lawful deputies of the Sheriff:  You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendant(s) together with Defendant(s)/their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective: 1. (Instanter); or 2. (On _____, 20____; or, 3. Pursuant to the terms of a consent judgment filed herewith dated _____, 20____.

This ____day of _____, 20 ____.

_____
Magistrate

PINK Original; YELLOW & WHITE: Copies          Q:Magforms\forms\MAG 30-02 Dispossessory proceeding