OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

14·CV2657

3004£63211 C001

$ 000.69

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 4 - 2014
JAMES N. HATTEN, Clerk
By: Deputy Clerk

NIXIE        300   FE 1           31/14
        RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 30303336199      *2091-08521-31-43

30303@3361