IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RENEE NEAL, | |
|    Petitioner-Defendant, | CIVIL ACTION FILE |
| v. | NO. 1:14-CV-2657-SCJ |
| DRUCKER AND FALK, a/a/f Knollwood Park Apts., | |
|    Respondent-Plaintiff. | |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge E. Clayton Scofield [Doc. No. 3], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, this civil action is hereby **REMANDED** to the Magistrate Court of Gwinnett County, Georgia.

**IT IS SO ORDERED**, this 16th day of September, 2014.

                                        s/Steve C. Jones
                                        STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE