# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**                                                **CIVIL SECTION**
**CLERK OF COURT**                                                     404-215-1655

September 16, 2014

Richard T. Alexander, Clerk
Gwinnett County Magistrate Court
Civil Division
P.O. Box 246
Lawrenceville, GA 30046

    Re:   *Drucker and Falk* v. Renee Neal
           Your Case Number: 14M25190
           Our Case Number: 1:14-cv-2657-SCJ

Dear Mr. Alexander:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court. Please acknowledge receipt of the order upon the copy of this letter provided.

                                            Sincerely,

                                            James N. Hatten
                                            Clerk of Court

                              By:   *s/Amanda Querrard*
                                            Deputy Clerk

Enclosure