OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

SEP 24 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

N METRO
GA 301
16 SEP '14
PM 10 L

$ 000.48

NIXIE        300   7E 1009    0009/22/14
         RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 30303336199      *2224-05837-16-44